UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ke'Mogena Yisrael,
On behalf of minor child, T.D.,

    Plaintiff,

       v.                                     Case No. 1:18cv410

Commissioner of Social Security,         Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on June 25, 2019 (Doc. 14).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 14) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 14) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, substantial evidence exists to support the ALJ's determination that TD was not disabled on or after May 1, 2014. The decision of the Commissioner is **AFFIRMED**.

    **IT IS SO ORDERED.**

                                                    *s/Michael R. Barrett*
                                                    Michael R. Barrett, Judge
                                                    United States District Court